Mostafa RABIEE, Appellant,

v.

CITY OF KANSAS CITY, Missouri,
Respondent.

No. WD 53090.

Missouri Court of Appeals,
Western District.

Aug. 5, 1997.

Michael Newbold, Kansas City, for Appellant.

Dorothy Campbell, Kansas City, for Respondent.

Before HANNA, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

## ORDER

PER CURIAM.

Mostafa Rabiee appeals the judgment of the circuit court affirming the decision of the Personnel Appeals Board of Kansas City, which sustained the termination of Mr. Rabiee's employment with the City of Kansas City for misconduct and conduct reflecting discredit to the City. Affirmed. Rule 84.16(b) V.A.M.R.